# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** July 25, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **BLOCKER, Celest Henry**
**Case No.: 5:24-CR-207-1BO**
**<u>Request for Early Termination</u>**

**TO:** Terrence W. Boyle
United States District Judge

On October 8, 2020, Celest Henry Blocker, was convicted of Conspiracy to Possess With Intent to Distribute Heroin. Mr. Blocker appeared in the United States District Court for the District of South Carolina and received 60 months imprisonment, followed by 5 years of supervised release. He began supervision on January 10, 2023, and a Transfer of Jurisdiction was filed in the Eastern District of North Carolina on June 26, 2024.

Mr. Blocker has performed satisfactorily on supervision. He has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he has had no new criminal charges. His case was evaluated as a low-risk supervision case, and he has been on our low-risk supervision program since July 11, 2023. All drug screens have been negative. Mr. Blocker also receives benefits from the Social Security Administration and has satisfied all his monetary obligations. His term of supervision is set to expire on January 9, 2028.

The probation office is requesting early termination. The U.S. Attorney's Office disagrees with our recommendation for early termination noting, "(the) defendant has not yet served 50% of his term of supervised release" and also noting "the government does not believe he is a suitable candidate for early termination at this time." Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_

Terrence W. Boyle
United States District Judge

_7-25-24_
Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                      **Crim. No. 5:24-CR-207-1BO**

**CELEST HENRY BLOCKER**

On January 10, 2023, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.


/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: July 25, 2024


## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____25_____ day of _____July_____, 2024.


Terrence W. Boyle
United States District Judge